IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COSTILLO ARTEEN JOHNSON, | ) | |
| a.k.a. ASUME BJAMBE AUSIR | ) | |
| IMHOTEP-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:03cv892-WHA |
| | ) | |
| BRYAN GAVINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #54), entered on January 26, 2006, and the document entitled "Plaintiff's Expostulation to the Hon. Magistrate Recommendation" (Doc. #59), which the court construes as an objection to the Recommendation.

The Plaintiff argues that the Magistrate Judge relied on affidavits which had been stricken from the record. This statement is patently incorrect, as the affidavits and evidentiary materials referenced in the Recommendation were attached to the special reports filed on October 10, 2003 (Doc. #12), March 3, 2004 (Doc. #27) and April 6, 2004 (Doc. #33). None of these reports was stricken; rather, the special report entered as document number 32 was the one stricken by the order of April 8, 2004 (Doc. #35).

With respect to the Plaintiff's objection as to an alleged lack of discovery, (1) the individuals from whom Plaintiff claims he was denied discovery are not parties to this case, (2) the information requested would either have been cumulative to that provided by the Defendants

or irrelevant to a determination of whether the Defendants acted in violation of Plaintiff's constitutional rights, and (3) the order denying the discovery requests was entered on February 11, 2004 (Doc. #25) with no subsequent objection from the Plaintiff.  The Plaintiff presents no objections to the proposed findings of the Recommendation.

Following a *de novo* review and independent evaluation of this case, the court finds the objections to be without merit, and they are hereby overruled.  The court adopts the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. The Defendants' Motion for Summary Judgment is GRANTED.

2. This case is DISMISSED with prejudice.

3. The costs of this proceeding are taxed against the Plaintiff.

4. Final Judgment will be entered in accordance with this order.

DONE this 29th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE